**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LEGAL RECOVERY ASSOCIATES LLC,

        Plaintiff,

  -against-

BRENES LAW GROUP, P.C.,

        Defendant.
------------------------------------------------------------------X

Index No. 1:23-cv-02446-ER

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK  )
        S.S.
COUNTY OF NEW YORK)

        **HECTOR FIGUEROA**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 24th day of March, 2023, deponent mailed a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, EXHIBIT A-H, CIVIL COVER SHEET, AND RELATED CASE STATEMENT** upon **BRENES LAW GROUP, PC** by enclosing one true copy thereof in a securely sealed and postpaid envelope and sending it by regular first class mail, and also by enclosing another true copy of the foregoing in a securely sealed and postpaid envelope and sending it by certified mail. Proper postage was affixed for the U.S. Post Office to treat the envelope as certified mail. U.S. Postal Service Form 3811, Receipt Number **9214 7901 6150 2010 0549 66** is attached hereto as proof of such mailing. Both of the foregoing envelopes were inscribed with the words "Personal and Confidential" underneath the address, and did not indicate on the outside that they might come from an attorney or concerns an action against the person to be served. Both of the foregoing envelopes

# 288109

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com

**DLS DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

were deposited into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

Brenes Law Group, P.C.
27141 Aliso Creek Road
Suite 270
Aliso Viejo, CA 92656

_/s/ Hector Figueroa_
HECTOR FIGUEROA, #0870141

Sworn to before me this
27th day of March, 2023

_____
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RI6109718
Qualified in New York County
My Commission Expires May 17, 2024

# 288109

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com

7214 790 5150 2010 0549 86

FROM:
Andrew Solomon
RE:

DP:
PB:

SEND TO:
Brones Law Group, P.C.
27141 Aliso Creek Road
Suite 270
Aliso Viejo, CA 92656

FEES:
Postage        2.94
Certified Fee  4.15
Return Receipt 0.00
Restricted
Priority

TOTAL    $ 7.09
POSTMARK OR DATE

US POSTAGE

**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
LEGAL RECOVERY ASSOCIATES LLC,

                Plaintiff,

   -against-

BRENES LAW GROUP, P.C.,

                Defendant.
-----------------------------------------------------------------------X

Index No. 1:23-cv-02446-ER

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK  )
                       S.S.
COUNTY OF NEW YORK)

        **HECTOR FIGUEROA**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 24th day of March, 2023, deponent mailed a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, EXHIBIT A-H, CIVIL COVER SHEET, AND RELATED CASE STATEMENT** upon **TROY BRENES** c/o Brenes Law Group PC by enclosing one true copy thereof in a securely sealed and postpaid envelope and sending it by regular first class mail, and also by enclosing another true copy of the foregoing in a securely sealed and postpaid envelope and sending it by certified mail. Proper postage was affixed for the U.S. Post Office to treat the envelope as certified mail. U.S. Postal Service Form 3811, Receipt Number **9214 7901 6150 2010 0549 59** is attached hereto as proof of such mailing. Both of the foregoing envelopes were inscribed with the words "Personal and Confidential" underneath the address, and did not indicate on the outside that they might come from an attorney or concerns an action against the person to be served. Both of the foregoing

# 288110

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com

**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

envelopes were deposited into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

Troy Brenes
c/o Brenes Law Group, P.C.
100 Spectrum Drive
Suite 330
Irvine, CA 92618

_____
HECTOR FIGUEROA, #0870141

Sworn to before me this
27th day of March, 2023

_____
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RI6109718
Qualified in New York County
My Commission Expires May 17, 2024

# 288110

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com

FROM:
Andrew Solomon
RE:

SEND TO:
Troy Brenes
Brenes Law Group, P.C.
100 Spectrum Drive
Suite 330
Irvine CA 92618

FEES
Postage         2.94
Certified Fee   4.15
Return Receipt  0.00
Restricted
Priority
TOTAL          $7.09

POSTMARK OR DATE

US POSTAGE