# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEGAL RECOVERY ASSOCIATES LLC | Case No. 1:23-cv-02446-ER |
| *Plaintiff,* | MOTION FOR ADMISSION TROY A. BRENES |
| -against- | |
| BRENES LAW GROUP, P.C., *Defendant,* | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Troy A. Brenes hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Brenes Law Group, P.C., in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Dated: 6/24/2023

Respectfully Submitted,
Applicant Signature: _____

Applicant's Name: Troy Alexander Brenes
Firm Name: Brenes Law Group, P.C.
Address: 100 Spectrum Ctr. Dr., Ste. 330
City/State/Zip: Irvine, California 92618

Telephone/Fax: P: (949) 397-9360 / F: (949) 607-4192

Email: tbrenes@breneslawgroup.com