# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

LEGAL RECOVERY ASSOCIATES LLC    **Case No. 1:23-cv-02446-ER**

      *Plaintiff,*        **NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

-against-

BRENES LAW GROUP, P.C.,
      *Defendant,*

---

TO:    Andrew Todd Solomon
       Solomon Cramer & Summit LLP
       PO Box 202
       Old Westbury, NY 11568
       212-884-9102
       Fax: 516-368-3896
       Email: asolomon@solomoncramer.com

PLEASE TAKE NOTICE that upon the attached Affidavit of Movant in Support of this Motion and the Certificates of Good Standing attached thereto, I, Troy A. Brenes, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a partner of the firm Brenes Law Group, P.C. and a member in good standing of the bar(s) of the State(s) of California, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Defendant Brenes Law Group, P.C. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: 6/24/2023        Respectfully Submitted,

Applicant Signature: _/s/ Troy Brenes_

Applicant's Name: Troy Alexander Brenes

Firm Name: Brenes Law Group, P.C.

Address: 100 Spectrum Ctr. Dr., Ste. 330

City/State/Zip: Irvine, California 92618

Telephone/Fax: P: (949) 397-9360 / F: (949) 607-4192

Email: tbrenes@breneslawgroup.com