# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEGAL RECOVERY ASSOCIATES LLC | Case No. 1:23-cv-02446-ER |
| *Plaintiff,* | **AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| -against- | |
| BRENES LAW GROUP, P.C., *Defendant,* | |

I, Troy A. Brenes, being duly sworn, hereby depose and say as follows:

1. I am a Partner with the law firm of Brenes Law Group, P.C.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of California.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. My attorney registration number(s) are: 249776

WHEREFORE, your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in case 23-cv-2446 for Defendant Brenes Law Group, P.C.

Date: 6/24/2023

/s/ Troy A. Brenes
Troy A. Brenes
Brenes Law Group, P.C.
100 Spectrum Ctr. Dr., Ste. 330
Irvine, CA 92618
Telephone: (949) 397-9360
Email: tbrenes@breneslawgroup.com

Sworn to before me this ____ day of _____, _____

_See Attached:_
Notary Public

# CALIFORNIA
# JURAT CERTIFICATE

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Orange

Subscribed and sworn to (or affirmed) before me on this 26th day of June, 2023, by Troy A. Brenes,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

WITNESS MY HAND AND OFFICIAL SEAL.

THOMAS MORLEY
COMM. # 2363441
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
MY COMM. EXP. JUNE 30, 2025

Signature of Notary Public

(Notary Seal)

## OPTIONAL INFORMATION

*The jurat contained within this document is in accordance with California law. Any affidavit subscribed and sworn to before a notary shall use the preceding wording or substantially similar wording pursuant to Civil Code sections 1189 and 8202. A jurat certificate cannot be affixed to a document sent by mail or otherwise delivered to a notary public, including electronic means, whereby the signer did not personally appear before the notary public, even if the signer is known by the notary public. The seal and signature cannot be affixed to a document without the correct notarial wording. As an additional option an affiant can produce an affidavit on the same document as the notarial certificate wording to eliminate the use of additional documentation.*

DESCRIPTION OF ATTACHED DOCUMENT

Affidavit
(Title of document)

Number of Pages _____ (Including jurat)

Document Date _____

(Additional Information)

CAPACITY CLAIMED BY THE SIGNER

☐ Individual
☐ Corporate Officer
☐ Partner
☐ Attorney-In-Fact
☐ Trustee
☐ Other: _____

MMX V. BAN2 510.409.1334   www.BayAreaNotary.com