# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEGAL RECOVERY ASSOCIATES LLC | **Case No. 1:23-cv-02446-ER** |
| *Plaintiff,* | **ORDER GRANTING ADMISSION FOR PRO HAC VICE** |
| -against- | |
| BRENES LAW GROUP, P.C., *Defendant,* | |

The motion of Troy A. Brenes for admission to practice pro hac vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California and that his contact information is as follows:

    Troy A. Brenes
    Brenes Law Group, P.C.
    Address: 100 Spectrum Ctr. Dr., Ste. 330, Irvine, CA 92618
    Telephone: (949) 397-9360
    Facsimile: (949) 607-4192
    Email: tbrenes@breneslawgroup.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Defendants in the above-entitled action.

IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

                                                              Judge Edgardo Ramos